**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MIGUEL ARANDA RODRIGUEZ**,

Petitioner,

v.

**J. L. JAMISON, Warden of Philadelphia Federal Detention Center, et al.**,

Respondents.

**Case No. 2:26-cv-03948-JDW**

**ORDER**

**AND NOW**, this 11th day of June, 2026, upon consideration of Petitioner Miguel Aranda Rodriguez's Petition For Writ Of Habeas Corpus (ECF No. 1) and the Government's Opposition Letter (ECF No. 4), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison*, No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.      Mr. Aranda Rodriguez's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2.      Mr. Aranda Rodriguez is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3.      The Government shall **RELEASE** Mr. Aranda Rodriguez from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 5:00 p.m. ET on June 12, 2026;

4.      The Government is temporarily enjoined from re-detaining Mr. Aranda Rodriguez for seven days following his release from custody; and

5.      If the Government chooses to pursue re-detention of Mr. Aranda Rodriguez after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.